## Commonwealth *v.* Bobko, Appellant.

Argued March 16, 1971. *David B. Fitzgerald*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *William T. Nicholas*, Executive Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.